UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BBAM Aircraft Management LP et al<br>*Plaintiffs*, | )<br>)<br>) | 3:20-CV-1056 (OAW) |
| v. | )<br>) | |
| Babcock & Brown LLC et al<br>*Defendants*. | )<br>)<br>)<br>) | JANUARY 12, 2022 |

## **ORDER**

To promote an orderly and efficient transition of matters reassigned to the undersigned, the Court issues the following orders:

Within 14 days of this Order, the parties shall submit a Joint Status Report advising the Court as to the following:

1. A brief description of the nature of the case;

2. The status of discovery;

3. The nature and status of any outstanding motions, including the parties' position(s) as to whether any such motions are ripe for adjudication and whether the parties request oral argument on any motion – each motion should be identified by the ECF No. for the sealed (non-redacted) version, and the ECF No. for the accompanying response(s) and replies. Unless a motion to seal is opposed, do not list motions to seal as individual motions ripe for adjudication. Instead, list any motions to seal directly under the corresponding motion which is ripe for adjudication. Be sure to identify all documents by the ECF No. to the sealed, unredacted version where such version exists;

4. Whether the parties are actively engaged in settlement discussions and/or whether the parties seek a referral to a Magistrate Judge for settlement purposes;

5. Whether the parties will consent to a trial before a magistrate judge; and

6. The estimated length of trial.

**SO ORDERED** at Hartford, Connecticut, this <u>Twelfth</u> day of January 2022.

>*/s/ Omar A. Williams*
>OMAR A. WILLIAMS
>UNITED STATES DISTRICT JUDGE