UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BBAM AIRCRAFT MANAGEMENT LP, and BBAM US LP<br>    Plaintiff,<br><br>v.<br><br>BABCOCK & BROWN LLC, BURNHAM STERLING & COMPANY LLC, BABCOCK & BROWN SECURITIES LLC, BABCOCK & BROWN INVESTMENT MANAGEMENT LLC,<br><br>    Defendants. | CASE NO. 3:20-cv-01056-OAW |

**MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE**

  The undersigned counsel, Michael J. Rye, hereby moves this Court Pursuant to L.R. 83.1(d), for an order admitting Michael J. Allan, Esq. *pro hac vice* to appear before this Court in the above-captioned case on behalf of Defendants Babcock & Brown LLC, Burnham Sterling & Company LLC, Babcock & Brown Securities LLC, Babcock & Brown Investment Management LLC.  In support of this Motion, the undersigned counsel respectfully represents as follows:

  1. I am a Partner of the law firm of Cantor Colburn LLP, located at 20 Church Street, 22nd Floor, Hartford, CT, Tel: (860) 286-2929, mrye@cantorcolburn.com

  2. I am a member in good standing of the State Bar of Connecticut and admitted to practice before the United States District Court for the District of Connecticut.

  3. Mr. Allan is a member in good standing of the bars of the United States District of Columbia, the place in which his primary office is located.  In addition, Mr. Allan is admitted to the bar of following courts:  State of New York, United States District Court for the Northern District of New York, United States District Court for the Southern District of New York, United

States Court of Appeals, Federal Circuit, and United States Court of Appeals, Second Circuit. Mr. Allan's affidavit in support of this motion is attached hereto as <u>Exhibit A</u>.

4. Mr. Allan satisfies the requirements for admission *pro hac vice* in this case pursuant to District Rule 83.1(d).

WHEREFORE, the undersigned respectfully requests that the Court issue an Order admitting Mr. Allan *pro hac vice* to appear before this Court in this case.

Dated: February 17, 2022    Respectfully submitted,

/s/ Michael J. Rye
Michael J. Rye (ct18354)
mrye@cantorcolburn.com
Cantor Colburn LLP
20 Church Street, 22nd Floor
Hartford, CT  06103
Tel: (860) 286-2929
Fax: (860) 286-0115

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

    I hereby certify that on February 17, 2022, a true and correct copy of the foregoing was filed electronically and served by mail upon any party unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Courts CM/ECF system.

                                              /s/ Michael J. Rye_____
                                              Michael J. Rye, Esq.