UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BBAM AIRCRAFT MANAGEMENT LP, and BBAM US LP<br><br>Plaintiff,<br><br>v.<br><br>BABCOCK & BROWN LLC, BURNHAM STERLING & COMPANY LLC, BABCOCK & BROWN SECURITIES LLC, BABCOCK & BROWN INVESTMENT MANAGEMENT LLC,<br><br>Defendants. | CASE NO. 3:20-cv-01056-OAW |

## SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION OF MICHAEL J. ALLAN

I, Michael J. Allan, on oath, and under penalties of perjury, as set forth in 18 U.S.C. 1001, state, as follows:

1. I am currently a Partner at Steptoe LLP, 1330 Connecticut Avenue, NW Washington, DC 20036, phone number 202-429-6749, facsimile 202-429-3902, e-mail mallan@steptoe.com;

2. On February 17, 2022, I submitted an Affidavit pursuant to L. Civ. P. R. 83.1(d) for admission pro hac vice in connection with the referenced case.  In my affidavit, I inadvertently failed to list one additional bar to which I am a member.  I am also admitted to the South Carolina State bar, #470278.  I was admitted to the South Carolina bar over 20 years ago and am now, and always have been since admission, on inactive status.

Dated:  February 18, 2022          By:     /s/ Michael J. Allan___
                                                       Michael J. Allan, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2022, a true and correct copy of the foregoing was filed electronically and served by mail upon any party unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Courts CM/ECF system.

/s/ Michael J. Rye_____
Michael J. Rye, Esq.